UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN ROBERT GOLLINGER,

    Defendant.
_____/

CASE NO. 2:18-CR-18

HON. ROBERT J. JONKER

## ORDER ADOPTING REPORT AND RECOMMENDATION

A Report and Recommendation was filed by the United States Magistrate Judge in this action on November 9, 2018, following Defendant's plea to Count 8 of an Indictment charging Assault of a Person Under Age of 16. No objections were filed.

The Court reviewed all matters of record, including the transcript of the plea proceeding. Because the Court had concerns as to whether the record of the plea proceeding established a valid basis for acceptance of the tendered plea, it ordered the parties to supplement the record. A stipulation of uncontested facts was filed in response to the Court's order. On February 6, 2019, the Defendant appeared before the Court for a status conference. The Defendant was placed under oath and questioned. The Court took acceptance of the Report and Recommendation under advisement.

The Court is now satisfied there is a valid basis for acceptance of the tendered plea.

**ACCORDINGLY, IT IS ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 31) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count 8 of the Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.

4. Defendant shall remain on bond pending sentencing on **July 23, 2019 at 3:00 p.m.**.

Date: <u>February 11, 2019</u>　　　　　/s/ Robert J. Jonker
　　　　　　　　　　　　　　　　　　ROBERT J. JONKER
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE